# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**672**

**CA 14-01761**

PRESENT: SMITH, J.P., CENTRA, PERADOTTO, SCONIERS, AND WHALEN, JJ.

---

PETER E. GREVELDING, JR., AS EXECUTOR OF THE
ESTATE OF JASON M. RHOADES, CLAIMANT-RESPONDENT,

V                                                                    ORDER

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(CLAIM NO. 109855.)
(APPEAL NO. 1.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FREDERICK A. BRODIE OF
COUNSEL), FOR DEFENDANT-APPELLANT.

MACKENZIE HUGHES LLP, SYRACUSE (W. BRADLEY HUNT OF COUNSEL), FOR
CLAIMANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Court of Claims (Diane L.
Fitzpatrick, J.), entered June 26, 2014.  The order awarded claimant
money damages after a trial.

It is hereby ORDERED that said appeal is dismissed without costs
(*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase
Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also*
CPLR 5501 [a] [1]).

All concur except SCONIERS, J., who is not participating.

Entered:  October 9, 2015                          Frances E. Cafarell
                                                   Clerk of the Court